UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

V.                                                                4:14-CR-069

JACQUELINE MORRISON

## STIPULATION OF EVIDENCE

Both the Government and Defendants stipulate that when the I.R.S. "Transcripts" and "Retention Registers" have a yes/no entry indicating whether or not a taxpayer filed a Schedule C and the letter "Y" is indicated, both parties agree that a Schedule C was ~~filed~~ Attached to the Tax Return Filed.

Douglas A. Allen
DOUG ALLEN
AUSA

PETER FLEURY

Philip Gregory