IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2014
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

UNITED STATES OF AMERICA

v.                                                          No. 4:14-CR-069-A

JACQUELINE MORRISON    (01)
GLADSTONE MORRISON     (02)

## STIPULATION OF FACT

The defendants, Jacqueline Morrison and Gladstone Morrison, and the government agree that the following facts are true and correct, that no further proof of such facts is required, and that these facts should be considered proven by the government beyond a reasonable doubt:

That the handwriting exemplars, Government's Exhibits 109 (exemplar for Jacqueline Morrison) and 116 (exemplar for Gladstone Morrison) were administered on July 25, 2011, and are authentic handwriting samples of the defendants.

_____          _____
JACQUELINE MORRISON                 DOUGLAS ALLEN
Defendant                           Assistant United States Attorney

_____
PETER FLEURY
Attorney for Defendant

_____
GLADSTONE MORRISON
Defendant

_____
PHILLIP GREGORY
Attorney for Defendant

GOVERNMENT'S EXHIBIT
197
4:14-CR-069-A
USA v. Morrison, et al