IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-069-A |
| JACQUELINE MORRISON   (01)<br>GLADSTONE MORRISON   (02) | |

## STIPULATION OF FACT

The defendants, Jacqueline Morrison and Gladstone Morrison, and the government agree that the following facts are true and correct, that no further proof of such facts is required, and that these facts should be considered proven by the government beyond a reasonable doubt:

That e-mails sent from Gladstone Morrison to David Awe on June 15 and June 16, 2011 (Government's Exhibits Nos. 140 and 141) travelled in interstate commerce, that is, the e-mails traveled outside the State of Texas.

_____
JACQUELINE MORRISON
Defendant

_____
PETER FLEURY
Attorney for Defendant

_____
GLADSTONE MORRISON
Defendant

_____
PHILLIP GREGORY
Attorney for Defendant

_____
DOUGLAS ALLEN
Assistant United States Attorney

GOVERNMENT'S EXHIBIT
198
4:14-CR-069-A
USA v. Morrison, et al